# EXHIBIT A

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
**BRANCH**

**COURT I.D.** S27990

**CASE NUMBER(S)**
CR140788 - A ☒ PRESENT
SF77598 - B
- C ☐ NOT PRESENT
- D
- E

**PEOPLE OF THE STATE OF CALIFORNIA** versus
**DEFENDANT:** JOSE LUIS FLORES
**AKA:**

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**
**AMENDED ABSTRACT** ☐

FILED
KENNETH E. MARTONE
Clerk of the Superior Court
DEC 28 '93
By: T. BREWTON, Deputy

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| 12-16-93 | 4 | FREDERIC L. LINK | T. BREWTON |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| C. HOFELD | K. ELKIN | R. THEILEN | A743811 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO / DAY / YEAR | CONVICTED BY JURY / COURT / PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-V/O | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCES CS-REFER #4 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PC | 207(a) | Kidnapping | 93 | 11 19 93 | X | M | | | | | | X | 0 0 |
| 6 | PC | 12021(a) | Poss. Firearm/Felon | 93 | 11 19 93 | X | M | | | | | | X | 0 5 |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.:
For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385.
Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER.
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
| | | | | | | | | | | |

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |
| | | |

5. OTHER ORDERS

Use additional sheets of plain paper if necessary.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC. (Do not include § 654 stays or discretionary stays of term for enhancements.)
8. TOTAL TERM IMPOSED: 0 0
9. EXECUTION OF SENTENCE IMPOSED:
   A. ☒ AT INITIAL SENTENCING HEARING
   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. ☐ AFTER REVOCATION OF PROBATION
   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. ☐ OTHER _____

10. DATE OF SENTENCE PRONOUNCED (MO)(DAY)(YR): 12-16-93

| CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|
| | 360 | | 240 | 120 | ☐ DMH ☐ CDC |

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
   ☒ FORTHWITH
   ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
   INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
   ☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA
   ☐ CALIF. MEDICAL FACILITY – VACAVILLE
   ☐ SAN QUENTIN
   ☐ CALIF. INSTITUTION FOR MEN – CHINO
   ☐ DEUEL VOC. INST.
   ☒ OTHER (SPECIFY): R.J. DONOVAN CORRECTIONAL FACILITY

## CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| [signature] T. BREWTON | 12-28-93 |

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the
Judicial Council of California
Effective April 1, 1990

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
FORM DSL 290

Pen.C. 1213.5

DISTRIBUTION:    PINK COPY – COURT FILE    YELLOW COPY – DEPARTMENT OF CORRECTIONS    WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR-292

FLORES / 93127992B

☒ SUPERIOR / ☐ MUNICIPAL / ☐ JUSTICE COURT OF CALIFORNIA, COUNTY OF **SAN DIEGO**

BRANCH OR JUDICIAL DISTRICT: 93127992

F I L E D
KENNETH E. MARTONE
Superior Court
DEC 28 '93
By: T. BREWTON, Deputy

**PEOPLE OF THE STATE OF CALIFORNIA** versus ☒ PRESENT — CR140838 - A
**DEFENDANT:** JOSE LUIS FLORES — SE77598 - B
AKA: ☐ NOT PRESENT — C
COMMITMENT TO STATE PRISON / ABSTRACT OF JUDGMENT — AMENDED ABSTRACT ☐ — D / E

DATE OF HEARING: 12-16-93    DEPT. NO. 4    JUDGE: FREDERIC L LINK    CLERK: T. BREWTON
REPORTER: C. HOFELD    COUNSEL FOR PEOPLE: K. ELKIN    COUNSEL FOR DEFENDANT: T. THEILEN    PROBATION NO.: A748811

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 182(a)(1)/209(a) | Conspircy/Kidnap/Rnsm | 93 | 11 | 19 | 93 | X | | | | | X |
| 2 | PC | 209(a) | Kidnap for Ransom | 93 | 11 | 19 | 93 | X | | | | X | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS:

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022(a)(1) | S | | | | | | | | | 0 0 |
| 2 | 12022.5(a) | 4 | | | | | | | | | 4 0 |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS: (blank)

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
   B. ☒ For LIFE WITH POSSIBILITY OF PAROLE on counts 1,2
   C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   D. ☐ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   E. ☐ For other term prescribed by law on counts _____
   **PLUS enhancement time shown above.**

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders:
   Indeterminate sentence and enhancement as to Count one are stayed per PC654.
   Total term as to Coutn Two: LIFE WITH POSSIBILITY OF PAROLE PLUS 4 YEARS.
   Determinate sentence on CT 3 & CT 6 stayed per PC654. (see DSL 290.)
   RESTITUTION/FINE OF 1,000.00 per GC13967, FORTHWITH OR PER PC 2085.5

7. ☒ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   A. ☒ AT INITIAL SENTENCING HEARING
   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. ☐ AFTER REVOCATION OF PROBATION
   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   B. ☐ OTHER

9. DATE OF SENTENCE PRONOUNCED: 12-16-93    CREDIT FOR TIME SPENT IN CUSTODY: SEE DSL 290    INCLUDING: ACTUAL LOCAL TIME / LOCAL CONDUCT CREDITS    STATE INSTITUTIONS ☐ DMH ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    ☒ FORTHWITH
    ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    ☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA
    ☐ WASCO
    ☒ OTHER (SPECIFY) R.J. DONOVAN CORRECTIONAL FACILITY
    ☐ CCWF—CHOWCHILLA
    ☐ SAN QUENTIN
    ☐ CALIF. INSTITUTIONS FOR MEN—CHINO
    ☐ R.J. DONAVAN
    ☐ DEUEL VOC. INST.

**CLERK OF THE COURT**
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.
DEPUTY'S SIGNATURE: T. BREWTON    DATE: 12-28-93

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292
Pen. C. § 1213.5

DISTRIBUTION    PINK COPY—COURT FILE    YELLOW COPY—DEPARTMENT OF CORRECTIONS    WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS