# EXHIBIT E

Case 3:07-cv-04846-JSW   Document 3-6   Filed 03/27/2008   Page 2 of 3

| JESUS RODRIGUEZ<br>ASSISTANT DISTRICT ATTORNEY | **OFFICE OF**<br>**THE DISTRICT ATTORNEY**<br>COUNTY OF SAN DIEGO | 330 West Broadway, Suite 920<br>San Diego, CA 92101<br>(619) 531-4115 |
|---|---|---|

**BONNIE M. DUMANIS**
DISTRICT ATTORNEY

June 2, 2006

Correctional Training Facility
5 Miles North Highway 101
Soledad CA 93960

ATTN.:   D.S. Levorse, C & PR
         (831) 678-3951 Ext. 4332/4333

RE:           FLORES, JOSE  CDCR# J-03392
Hearing Date: June 15, 2006 at 3:30 p.m.

Dear Board of Parole Hearings:

A deputy district attorney will represent this office at the above-referenced parole suitability hearing. We ask that the Board consider the materials previously submitted.

A review of the prisoner's file shows that he remains unsuitable for parole. Flores is serving a life sentence for the kidnapping of Maria Isordia for ransom.

On April 13, 1993, co-defendant Angelica Gonzales went to the home of her estranged husband's aunt, Maria Isordia, under the pretext of visiting, but her true intention was to give the kidnappers access to the house. Ms. Gonzales left the house, informing the victim that she was going to use a pay phone to call a friend. When she came back to the house, she left the security gate open. Shortly thereafter, three armed men came into the house. One of the men put a gun to Maria's temple and covered her nose and mouth with toilet paper saturated with a strong substance. The victim's 88-year-old mother was also present during the abduction.

Outside the residence, witnesses observed the victim screaming while being dragged out of her home and struck on the back of the head. She was shoved into a waiting vehicle and was forced to lie on her back as they drove off. The apparent motive was to recover money from Maria's son, Marco, allegedly owed to Ms. Gonzales after a drug deal.

Later that day, victim's son, Marcos reported that he received a phone call from the kidnappers indicating they wanted $15,000 in ransom for his mother to be paid in two days.

During the next several days Ms. Isordia was detained in various locations in Los Angeles and Tijuana. While in Tijuana, she was kept in a very dirty, run-down hotel, not knowing if she would be released or killed. Meanwhile, Marcos negotiated with the kidnappers for the safe return of his mother, but the negotiations were getting more intense with the inmate threatening to cut off the victim's ears or kill her.

Police were successful in setting up wiretaps and placing the suspects under surveillance. They were able to locate four of the kidnappers but did not move in because they were unsure of Maria's exact location.

On April 19, 1993, the inmate was arrested while trying to cross the Mexican border with a loaded semi-automatic handgun under the seat of his car. When the men watching Maria realized the plan had failed, they told Maria she was free to leave but to give them five minutes to disappear. They have never been found.

The crime involved great violence, the threat of great bodily harm and other acts disclosing a high degree of cruelty, viciousness and callousness. The victim was forcibly and violently dragged from her home at gunpoint in the presence of her 88-year-old mother.

The manner in which this crime was carried out indicates planning, sophistication and professionalism. The number of people involved in the occurrences over the eight days during which the victim was in their custody shows premeditation and that the kidnappers were working off a master plan. the inmate engaged in violent conduct in this matter which indicates he is a serious danger to society. He was identified by the victim as one of three armed kidnappers who dragged her from her home. Further, he inmate was on probation for a felony conviction involving drug sales.

The inmate does not take any responsibility for the commitment offense. Flores has proven time and time again that he cannot be trusted. He continually lies to those in authority. He lied to police numerous times about his involvement in the kidnapping and he continued his deceit about the commitment offense to his correctional counselor. There is no guarantee he will not tell a different story at his parole hearing. Further, on July 30, 2005 he has received a CDCR# 128A for violating "Count & Movement."

Although Flores has participated in A/A & NA, we are concerned that he has not yet received the appropriate self-help or therapy to obtain the necessary skills for facing, understanding, and coping with stress in a nondestructive manner. Further, Flores does not have viable parole plans for his county of commitment.

It is our position that there has not been a sufficient change of circumstances which would warrant a finding of suitability. Jose Flores remains an unreasonable risk of harm to society if released. Therefore, the People of the State of California respectfully request that he be found unsuitable for parole. Thank you for your consideration of this letter. If I may be of further assistance, please call me at (619) 531-4115.

Very truly yours,
BONNIE M. DUMANIS
District Attorney

By: *[signature]*
RICHARD J. SACHS  *for Richard Sachs*
Supervising Deputy District Attorney
Lifer Hearing Unit

BV
Enclosure