# EXHIBIT K

RECEIVED IN CRIMINAL DOCKETING

B.H.

Court of Appeal, Fourth Appellate District, Div. 1 - No. D050470
S153877

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re JOSE FLORES on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

AUG 1 5 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
Chief Justice